UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In Re: BRIAN K HOWARD  Case No.: 09-26148
ERICA L HOWARD

Debtor(s)

CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/20/2009.

2) This case was confirmed on 09/23/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 09/30/2009, 11/17/2010.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 09/14/2010, 01/13/2011.

5) The case was dismissed on 02/23/2011.

6) Number of months from filing to the last payment: 19

7) Number of months case was pending: 36

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $ 39,772.00

10) Amount of unsecured claims discharged without payment $ .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

Case 09-26148    Doc 58    Filed 07/30/12    Entered 07/30/12 18:07:09    Desc Main
                        Document      Page 2 of 5

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $ 19,123.32 |
| Less amount refunded to debtor | $ 1,562.30 |
| **NET RECEIPTS** | $ 17,561.02 |

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid through the Plan | $ 3,069.54 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 1,104.05 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 4,173.59 |
| Attorney fees paid and disclosed by debtor | $ 500.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AMERICREDIT FINANCIA | SECURED | 4,725.00 | 4,825.00 | 4,725.00 | 4,725.00 | 202.58 |
| AMERICREDIT FINANCIA | UNSECURED | 2,993.00 | 2,669.29 | 2,769.29 | 365.82 | .00 |
| INTERNAL REVENUE SER | UNSECURED | NA | 190.00 | 190.00 | 18.41 | .00 |
| COOK COUNTY TREASURE | UNSECURED | 8,520.00 | NA | NA | .00 | .00 |
| COOK COUNTY TREASURE | SECURED | .00 | .00 | .00 | .00 | .00 |
| COOK COUNTY TREASURE | OTHER | .00 | NA | NA | .00 | .00 |
| GREAT AMERICAN FINAN | SECURED | 300.00 | 700.00 | 300.00 | 300.00 | 11.79 |
| GREAT AMERICAN FINAN | UNSECURED | 979.00 | 714.90 | 1,114.90 | 147.27 | .00 |
| GREAT AMERICAN FINAN | OTHER | .00 | NA | NA | .00 | .00 |
| JPMORGAN CHASE | SECURED | 215,919.00 | 332,183.18 | .00 | .00 | .00 |
| JPMORGAN CHASE | UNSECURED | 116,802.00 | NA | NA | .00 | .00 |
| JPMORGAN CHASE | SECURED | .00 | 63,468.42 | 3,587.54 | 3,587.54 | .00 |
| WASHINGTON MUTUAL MT | OTHER | .00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 3,118.00 | 836.19 | 836.19 | 836.19 | .00 |
| INTERNAL REVENUE SER | OTHER | .00 | NA | NA | .00 | .00 |
| MATTESON POLICE DEPT | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| CORTRUST | UNSECURED | 686.00 | NA | NA | .00 | .00 |
| ARROW FINANCIAL SERV | OTHER | .00 | NA | NA | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 129.00 | 129.33 | 129.33 | 17.09 | .00 |
| ASSET ACCEPTANCE | OTHER | .00 | NA | NA | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 1,694.40 | 387.48 | 387.48 | 44.93 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 2,137.00 | 2,157.48 | 2,157.48 | 285.00 | .00 |
| WELLGROUP HEALTH PAR | UNSECURED | 365.00 | 369.60 | 369.60 | 42.87 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| CB USA INC | OTHER | .00 | NA | NA | .00 | .00 |
| AT&T | UNSECURED | 101.00 | NA | NA | .00 | .00 |
| COLLECTION COMPANY O | OTHER | .00 | NA | NA | .00 | .00 |
| COMED | UNSECURED | 318.00 | NA | NA | .00 | .00 |
| CONTRACT CALLERS INC | OTHER | .00 | NA | NA | .00 | .00 |
| SOUTHLAND BONE JOINT | UNSECURED | 471.00 | NA | NA | .00 | .00 |
| DEPENDON COLLECTION | OTHER | .00 | NA | NA | .00 | .00 |
| SULLIVAN URGENT | UNSECURED | 323.00 | NA | NA | .00 | .00 |
| DEPENDON COLLECTION | OTHER | .00 | NA | NA | .00 | .00 |
| H F MEDICAL ASSOCIAT | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| VASCULAR SURGERY NON | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| FALLS COLLECTION SVC | OTHER | .00 | NA | NA | .00 | .00 |
| FFCC COLUMBUS INC | UNSECURED | 179.00 | NA | NA | .00 | .00 |
| FFCC COLUMUS INC | OTHER | .00 | NA | NA | .00 | .00 |
| HC PROCESSING CENTER | UNSECURED | 2,500.00 | NA | NA | .00 | .00 |
| HEIGHTS AUTO WORKERS | UNSECURED | 5,054.00 | 4,896.75 | 4,896.75 | 646.88 | .00 |
| IC SYSTEM | UNSECURED | 829.00 | 829.10 | 829.10 | 96.16 | .00 |
| HEART CARE CENTER OF | UNSECURED | 604.00 | NA | NA | .00 | .00 |
| IL COLL SE | OTHER | .00 | NA | NA | .00 | .00 |
| MIDWEST PHYSICIAN | UNSECURED | 122.00 | NA | NA | .00 | .00 |
| ILLINOIS COLLECTION | OTHER | .00 | NA | NA | .00 | .00 |
| MIDWEST PHYSICIAN GR | UNSECURED | 116.00 | 675.00 | 675.00 | 89.18 | .00 |
| ILLINOIS COLLECTION | OTHER | .00 | NA | NA | .00 | .00 |
| MIDWEST PHY | UNSECURED | 80.00 | NA | NA | .00 | .00 |
| ILLINOIS COLLECTION | OTHER | .00 | NA | NA | .00 | .00 |
| MIDWEST PHYSICIAN | UNSECURED | 70.00 | NA | NA | .00 | .00 |
| MIDWEST PHYSICIAN | UNSECURED | 70.00 | NA | NA | .00 | .00 |
| MIDWEST PHYSICIAN | UNSECURED | 66.00 | NA | NA | .00 | .00 |
| SUBURBAN ORTHOPEDIC | UNSECURED | 136.00 | NA | NA | .00 | .00 |
| SUBURBAN ORTHOPEDIC | UNSECURED | 136.00 | NA | NA | .00 | .00 |
| MIDLAND CREDIT MANAG | UNSECURED | 842.00 | 845.58 | 845.58 | 98.07 | .00 |
| ST JAMES HOSPITAL | UNSECURED | 341.00 | NA | NA | .00 | .00 |
| MUTUAL HOSPITAL SERV | OTHER | .00 | NA | NA | .00 | .00 |
| CANDICA LLC | UNSECURED | 486.00 | 486.74 | 486.74 | 64.30 | .00 |
| ST JAMES HOSPITAL | UNSECURED | 168.00 | NA | NA | .00 | .00 |
| MUTUAL HOSPITAL SERV | OTHER | .00 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | 519.00 | 295.53 | 295.53 | 39.05 | .00 |
| OMNI CREDIT SVCS OF | UNSECURED | 517.00 | 109.30 | 109.30 | 1.09 | .00 |
| OMNI OF SELF | OTHER | .00 | NA | NA | .00 | .00 |
| VILLAGE OF RICHTON P | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| RMI | OTHER | .00 | NA | NA | .00 | .00 |
| VILLAGE OF PARK FORE | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| RMI | OTHER | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| VILLAGE OF PARK FORE | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| MCSI/RMI | UNSECURED | 250.00 | 3,380.00 | 3,380.00 | 446.51 | .00 |
| VILLAGE OF MATTESON | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| RMI | OTHER | .00 | NA | NA | .00 | .00 |
| VILLAGE OF PARK FORE | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| VILLAGE OF MATTESON | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| VILLAGE OF MATTESON | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| ILLINOIS COLLECTION | OTHER | .00 | NA | NA | .00 | .00 |
| CANDICA LLC | UNSECURED | 465.00 | 465.98 | 465.98 | 61.56 | .00 |
| CANDICA LLC | UNSECURED | 454.00 | 454.02 | 454.02 | 59.97 | .00 |
| UNITED AUTO CREDIT C | UNSECURED | 6,410.00 | 7,248.24 | 7,248.24 | 957.49 | .00 |
| AMERICREDIT FINANCIA | SECURED | NA | .00 | .00 | .00 | .00 |
| AMERICREDIT FINANCIA | UNSECURED | NA | 2,669.29 | .00 | .00 | .00 |
| VILLAGE OF MATTESON | UNSECURED | NA | 194.70 | 194.70 | 18.86 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | NA | 1,694.40 | 1,694.40 | 223.82 | .00 |
| ILLINOIS COLLECTION | OTHER | .00 | NA | NA | .00 | .00 |
| ILLINOIS COLLECTION | OTHER | .00 | NA | NA | .00 | .00 |
| VILLAGE OF PARK FORE | OTHER | .00 | NA | NA | .00 | .00 |
| VILLAGE OF PARK FORE | OTHER | .00 | NA | NA | .00 | .00 |
| VILLAGE OF PARK FORE | OTHER | .00 | NA | NA | .00 | .00 |
| VILLAGE OF MATTESON | OTHER | .00 | NA | NA | .00 | .00 |
| VILLAGE OF MATTESON | OTHER | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | 3,587.54 | 3,587.54 | .00 |
| Debt Secured by Vehicle | 4,725.00 | 4,725.00 | 202.58 |
| All Other Secured | 300.00 | 300.00 | 11.79 |
| **TOTAL SECURED:** | 8,612.54 | 8,612.54 | 214.37 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 836.19 | 836.19 | .00 |
| **TOTAL PRIORITY:** | 836.19 | 836.19 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 28,693.42 | 3,724.33 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 4,173.59 |
| Disbursements to Creditors | $ | 13,387.43 |
| **TOTAL DISBURSEMENTS:** | $ | 17,561.02 |

12)     The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   07/30/2012                             /s/ Tom  Vaughn
                                                Tom  Vaughn,  Chapter  13  Trustee

**STATEMENT**     : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**